**Dismiss and Opinion Filed September 3, 2020**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-20-00743-CV**
_____

**RAYMOND W. OLSEN, TRUSTEE OF THE R.W. AND K.A. OLSEN REVOCABLE LIVING TRUST, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19- 07018-C**

## MEMORANDUM OPINION

Before Justices Whitehill, Pedersen, III, and Reichek
Opinion by Justice Pedersen, III

Before the Court is appellant's motion to dismiss the appeal without prejudice.

Appellant explains a document he filed in the trial court was erroneously construed

as a notice of appeal by the district clerk and filed in this Court.

We grant the motion and dismiss the appeal without prejudice. *See* TEX. R.

APP. P. 42.1(a)(1).

/Bill Pedersen, III//
_____
BILL PEDERSEN, III
JUSTICE

200743f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

RAYMOND W. OLSEN, TRUSTEE OF THE R.W. AND K.A. OLSEN REVOCABLE LIVING TRUST, Appellant

No. 05-20-00743-CV        V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas Trial Court Cause No. CC-19-07018-C.
Opinion delivered by Justice Pedersen, III; Justices Whitehill and Reichek participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee The State of Texas recover its costs, if any, of this appeal from appellant Raymond W. Olsen, Trustee of The R.W. and K.A. Olsen Revocable Living Trust.

Judgment entered this 3rd day of September, 2020.